IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 95-20252 Ml |
| THOMAS C. JOHNSON, | ) | |
| Defendant. | ) | |

ORDER DENYING REQUEST TO ELIMINATE RESTITUTION

Before the Court is Thomas Johnson's request (via letter received March 3, 2005) to eliminate his restitution in this case.

On August 28, 2000, the Court ordered that the three-year term of supervision in connection with Mr. Johnson's sentence in this case be allowed to expire on September 16, 2000, with the understanding that the victims could continue to pursue the restitution balance. On March 14, 2002, the United States of America, by and through Assistant United States Attorney Monica Simmons, filed an Application for Writ of Continuing Garnishment for the unpaid balance of Mr. Johnson's restitution. On June 12, 2002, a Garnishment Disposition Order was entered by the Clerk of Court ordering funds withheld from the defendant's wages.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-24-05

No information has been submitted that warrants the elimination of restitution. The defendant's request for elimination of restitution in this case is DENIED.

IT IS SO ORDERED THIS 23 DAY OF May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 313 in case 2:95-CR-20252 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT